UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JEFFREY FEIGER,<br><br>   Petitioner,<br><br>v.<br><br>RODERICK Q. HICKMAN,<br><br>   Respondent. | Civil No. 05cv1754-L(PCL)<br><br>**ORDER REQUIRING ADDITIONAL INFORMATION** |

  Petitioner Robert Jeffrey Feiger seeks leave to proceed *in forma pauperis* on appeal. The Federal Rules of Appellate Procedure requires that "[u]pon filing a notice of appeal, the appellant must pay the district clerk all required fees." FED. R. APP. P. 3(e). But Federal Rule of Appellate Procedure 24 provides a means by which an indigent person may seek *in forma paupis* status on appeal:

> A party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:
> (A)  shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
> (B)  claims an entitled to redress; and
> (C)  states the issues that the party intends to present on appeal.

FED. R. APP. P. 24(a)(1). Although petitioner submitted an appropriate motion and affidavit that he is unable to pay the appellate filing fee which includes a statement of all his assets, he has not provided a certified copy of his trust fund account statement for the six-month period

immediately preceding the filing of the notice of appeal from the appropriate official of his prison. *See* 28 U.S.C. § 1915(a)(1) and (2). Because petitioner has not filed a certified copy of his trust fund account statement, the Court grants petitioner leave to file and serve on opposing counsel this document within 14 days of the filing of this Order. Failure to file the account statement within the time provided will result in denial of petitioner's motion to proceed *in forma pauperis* on appeal.

**IT IS SO ORDERED.**

DATED: May 19, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL